**United States District Court**
**Central District of California**
**Eastern Division**

| | |
|---|---|
| Frank Singh,<br><br>                    Plaintiff,<br><br>       v.<br><br>Amden Holdings LLC, et al.,<br><br>                    Defendants. | EDCV 15-109-VAP (SPx)<br><br>**Order to Show Cause Re: Failure to File a Mediation Report** |

   On September 9, 2015, the Court issued its Scheduling Order.  (Doc. No. 21.)  Pursuant to that Order, the parties were required to file a joint mediation report no later than ten days after the settlement conference.  The final day to conduct a settlement conference was October 30, 2015.  As the Court has received no joint mediation report, the Court ORDERS the parties to show cause, no later than January 29, 2016, why sanctions should not be imposed on counsel for failure to file timely a joint mediation report.

   The parties may also discharge this Order by filing a notice of settlement by January 29, 2016.

**IT IS SO ORDERED.**

Dated:   1/21/16

                                                 /s/ Virginia A. Phillips
                                                 Virginia A. Phillips
                                                 United States District Judge

1